**No. 10-10968. William Jay Gollehon, Petitioner v. Mike Mahoney, Warden.**

565 U.S. 859, 132 S. Ct. 196, 181 L. Ed. 2d 102, 2011 U.S. LEXIS 6152.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 626 F.3d 1019.